THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF ~~Texas~~ columbia
_____ DIVISION

**FILED**
NOV 0 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff's name and ID Number: Victor B. Perkins 08783-039

Place of Confinement: Rochester, Minn. 55903 FMC

CASE NO. 07 2023
(Clerk will assign the number)

v.

Defendant's name and address: John Ashcroft, former U.S. Attorney General

APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Victor B. Perkins, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment      Yes☐ No☑
   b. Rent payments, interest or dividends?             Yes☐ No☑
   c. Pensions, annuities or life insurance payments?   Yes☐ No☑
   d. Gifts or inheritances?                            Yes☐ No☑
   e. Family or friends?                                Yes☐ No☑
   f. Any other sources?                                Yes☑ No☐

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   $200.00        16.00 monthly

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

   Yes☑        No☐

   If you answered YES, state the total value of the items owned.

   $2.00

   **RECEIVED**
   NOV 2 2 2007
   NANCY MAYER WHITTINGTON, CLERK
   U.S. DISTRICT COURT

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property,

   No

2

excluding ordinary household furnishings and clothing)

Yes ☐   No ☑

If you answered YES, describe the property and state its approximate value.

_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __16th__ day of __October__, 20_7_.

_Victor B. Pekins_   _08783-039_
Signature of Plaintiff   ID Number

YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.

Revised 6-97

# Inmate Statement

| | | |
|---|---|---|
| Inmate Reg #: | 08783039 | Current Institution: Rochester FMC |
| Inmate Name: | PERKINS, VICTOR | Housing Unit: RCH-A-B |
| Report Date: | 10/17/2007 | Living Quarters: A04-218U |
| Report Time: | 12:18:57 PM | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| RCH | 10/16/2007 8:53:36 AM | 50 | | | Sales | $1.25 | | $2.00 |
| RCH | 10/16/2007 8:51:32 AM | 48 | | | Sales | ($35.84) | | $0.75 |
| RCH | 10/15/2007 10:42:07 AM | TFN1015 | | | Phone Withdrawal | ($2.00) | | $36.59 |
| RCH | 10/10/2007 10:33:11 AM | TFN1010 | | | Phone Withdrawal | ($2.00) | | $38.59 |
| RCH | 10/9/2007 10:27:48 AM | 70193104 | | | Lockbox - CD | $20.00 | | $40.59 |
| RCH | 10/9/2007 10:27:45 AM | 70193104 | | | Lockbox - CD | $20.00 | | $20.59 |
| RCH | 10/9/2007 9:21:26 AM | 79 | | | Sales | ($14.30) | | $0.59 |
| RCH | 10/7/2007 7:15:05 PM | TFN1007 | | | Phone Withdrawal | ($2.00) | | $14.89 |
| RCH | 10/4/2007 2:45:41 PM | HIPP0907 | | | Payroll - IPP | $16.80 | | $16.89 |
| RCH | 10/2/2007 9:26:50 AM | 74 | | | Sales | ($3.00) | | $0.09 |
| RCH | 10/1/2007 6:01:19 PM | TFN1001 | | | Phone Withdrawal | ($2.00) | | $3.09 |
| RCH | 9/19/2007 6:39:12 PM | TFN0919 | | | Phone Withdrawal | ($1.00) | | $5.09 |
| RCH | 9/18/2007 9:02:22 AM | 77 | | | Sales | ($12.65) | | $6.09 |
| RCH | 9/14/2007 5:37:31 PM | TFN0914 | | | Phone Withdrawal | ($2.00) | | $18.74 |
| RCH | 9/14/2007 5:17:35 AM | 70191501 | | | Lockbox - CD | $20.00 | | $20.74 |
| RCH | 9/11/2007 9:06:41 AM | 76 | | | Sales | ($17.90) | | $0.74 |
| RCH | 9/9/2007 8:13:58 PM | TFN0909 | | | Phone Withdrawal | ($1.00) | | $18.64 |
| RCH | 9/6/2007 12:41:55 PM | GIPP0807 | | | Payroll - IPP | $19.32 | | $19.64 |
| RCH | 8/28/2007 8:53:19 AM | 54 | | | Sales | ($23.05) | | $0.32 |
| RCH | 8/22/2007 6:09:57 PM | TFN0822 | | | Phone Withdrawal | ($2.00) | | $23.37 |
| RCH | 8/22/2007 5:00:28 AM | 70189901 | | | Lockbox - CD | $25.00 | | $25.37 |
| RCH | 8/7/2007 9:16:25 AM | 73 | | | Sales | ($9.05) | | $0.37 |
| RCH | 8/6/2007 12:08:39 PM | TFN0806 | | | Phone Withdrawal | ($2.00) | | $9.42 |
| RCH | 8/6/2007 7:28:05 AM | GIPP0707 | | | Payroll - IPP | $10.92 | | $11.42 |
| RCH | 7/27/2007 7:40:02 PM | TFN0727 | | | Phone Withdrawal | ($1.00) | | $0.50 |
| RCH | 7/24/2007 5:35:45 PM | TFN0724 | | | Phone Withdrawal | ($2.00) | | $1.50 |
| RCH | 7/24/2007 8:57:13 AM | 40 | | | Sales | ($16.55) | | $3.50 |
| RCH | 7/24/2007 5:15:22 AM | 70187801 | | | Lockbox - CD | $20.00 | | $20.05 |
| RCH | 7/17/2007 9:01:44 AM | 111 | | | Sales | ($1.00) | | $0.05 |
| RCH | 7/17/2007 9:01:18 AM | 110 | | | Sales | ($18.95) | | $1.05 |
| RCH | 7/14/2007 11:17:02 AM | TFN0714 | | | Phone Withdrawal | ($5.00) | | $20.00 |
| RCH | 7/14/2007 5:27:29 AM | 70187201 | | | Lockbox - CD | $25.00 | | $25.00 |
| RCH | 7/10/2007 9:01:10 AM | 56 | | | Sales | ($2.10) | | $0.00 |

SENSITIVE BUT UNCLASSIFIED

| Alpha Code | Date/Time | Reference | Description | Amount | Balance |
|---|---|---|---|---|---|
| RCH | 7/7/2007 7:14:10 PM | TFN0707 | Phone Withdrawal | ($2.00) | $2.10 |
| RCH | 7/3/2007 10:34:14 AM | TFN0703 | Phone Withdrawal | ($3.00) | $4.10 |
| RCH | 7/3/2007 8:56:15 AM | 36 | Sales | ($13.55) | $7.10 |
| RCH | 7/3/2007 5:03:17 AM | 70186401 | Lockbox - CD | $20.00 | $20.65 |
| RCH | 6/12/2007 9:14:34 AM | 80 | Sales | ($28.05) | $0.65 |
| RCH | 6/7/2007 1:13:04 PM | GIPP0507 | Payroll - IPP | $8.64 | $28.70 |
| RCH | 6/1/2007 5:40:49 PM | TFN0601 | Phone Withdrawal | ($5.00) | $20.06 |
| RCH | 6/1/2007 5:05:22 AM | 70184201 | Lockbox - CD | $25.00 | $25.06 |
| RCH | 5/8/2007 9:04:15 AM | 83 | Sales | ($10.25) | $0.06 |
| RCH | 5/6/2007 7:19:26 PM | TFN0506 | Phone Withdrawal | ($2.00) | $10.31 |
| RCH | 5/3/2007 5:36:35 PM | TFN0503 | Phone Withdrawal | ($3.00) | $12.31 |
| RCH | 5/3/2007 12:04:08 PM | GIPP0407 | Payroll - IPP | $15.24 | $15.31 |
| RCH | 4/24/2007 8:45:20 AM | 49 | Sales | ($20.44) | $0.07 |
| RCH | 4/23/2007 7:27:17 PM | TFN0423 | Phone Withdrawal | ($2.00) | $20.51 |
| RCH | 4/20/2007 4:54:46 PM | TFN0420 | Phone Withdrawal | ($3.00) | $22.51 |
| RCH | 4/20/2007 5:29:10 AM | 70181301 | Lockbox - CD | $25.00 | $25.51 |
| RCH | 4/10/2007 8:42:48 AM | 62 | Sales | ($13.25) | $0.51 |

12

Total Transactions: 75              Totals:    ($14.02)    $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| RCH | $2.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.00 |
| Totals: | $2.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.00 |

**SENSITIVE BUT UNCLASSIFIED**

UNITED STATES DISTRICT COURT

VictoR BERNARD PerKins
08783-039
_____

(enter above the full name of the plaintiff(s)
and prisoner number in this action.)

vs.

John Ashcroft
foRmeR U.S. Attorney General
_____

(enter the full name of the defendant(s)
in this action)

Civil No. _____

COMPLAINT FOR VIOLATION OF CIVIL
RIGHTS UNDER 42 U.S.C. § 1983

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment in the last three years? (X) Yes  ( ) No

B. If your answer to A is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiffs: Victor B. Perkins

   Defendants: United States of America

2. Court (if federal court, name the district. If state court, name the county): Eastern District of North Carolina  310 New Bern Ave, Raleigh N.C. 27611

3. Docket Number: 92-CV-654-BR

4. Name of judge to whom case was assigned: W. Earl Britt

5. Cause of Action (Cite statute under which you filed and write a brief statement of the case): _____

    _28 USC 2255_ _____

    _____

    _____

    _____

6. Disposition (For example: Was the case dismissed? Appealed? Still pending?): _Dismissed_

7. Approximate date of filing lawsuit: _June 2004_

8. Approximate date of disposition: _August 2004_

9. Attach copy of disposition if not from Federal District Court of Minnesota.

II. PLACE OF PRESENT CONFINEMENT:

A. Is there a prisoner grievance procedure in the institution?

    (✓) yes          ( ) no

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?  ( ) yes  (✓) no

C. If your answer is Yes:

    1. What steps did you take? _____

       _____

       _____

    2. What was the result? _____

       _____

       _____

    3. Attach copy of disposition.

D. If your answer is NO, explain why not:

    _Petitioner is a civilly committed DETAINEE whom does not have to exhaust Administrative Remedies in Accordance to the Eighth Circuit Court of Appeals 2003 Perkins v Hedricks, 340 F.3d 582, 583_

-2-

III. PARTIES:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs.)

A. Name of Plaintiff: __Victor BERNARD PERKINS 08783-039__

   Address: __P.O. Box 4000 Rochester, Minn. 55903__

   Additional Plaintiffs: _____

(In item B below, place the full name of the defendant in the first blank, official position in the second blank, and place of employment in the third blank. Do the same for additional defendants.)

B. Name of Defendant: __John Ashcroft__

   is employed as __former U.S. Attorney General__

   at __Department of Justice, Washington D.C. 20530__

   Additional Defendants: _____

IV. STATEMENT OF CLAIM:
(State here as briefly as possible the facts of your case. Describe how each defendant is involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

Defendant caused the wrongful violation of petitioner's conditional release April 2002 - August 2004 and his 27 months wrongful imprisonment which the Fourth Circuit Court of Appeals previously opined was a likening to a wrongful revocation due to insufficient grounds.

-3-

V. **RELIEF:**

State briefly exactly what you want the court to do for you:
Make no legal arguments. Cite no case or statutes.

*Petitioner seeks 1200 dollars per day for wrongful violation and wrongful imprisonment over 27 months from April 2002 - August 2004*

I (We) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge and belief.

Signed this 15th day of October 2007, 2007.

*Victor B. Perkins*
*Victor B. Perkins*
(Signature of Plaintiff / Plaintiffs)

-4-

# CERTIFICATION OF SERVICES BY U.S. MAIL

I, __Victor B. Perkins__, do herein certify that I did cause the foregoing document or documents: __complaint for violation of civil Rights under 42 USC 1983__, to be served upon the: __United States Attorney for the District of Columbia, Washington D.C 20530__, by placing the forgoing document or documents in the hand of the United States Bureau of Prisons Mail Room Officer or in the hand of a Term Member at the United States Federal Medical Center at 2110 East Center Street/Post Office Box 4000, Rochester, Minnesota 55903-4000, with pre-paid First Class United States Postage, On this __17th__ day of __October__, 200__7__ I also, certify that the foregoing document or documents and all copies are true and correct pursuant to Title 28 United States Code, Section 1746; Unsworn declarations under penalty of perjury and pursuant to Title 18 United States Code, Section 1621 perjury.

Respectfully Submitted

_Victor B. Perkins_
# 08783-035
United States Federal Medical Center
Post Office Box 4000
2110 East Center Street
Rochester, Minnesota 55903-4000