UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Victor Bernard Perkins, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07 2023 |
| ) | |
| John Ashcroft, ) | |
| ) | |
| Defendant. ) | |

FILED
NOV 08 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this ___1___ day of November 2007,

ORDERED that the application to proceed *in forma pauperis* [# 2] is GRANTED; and it is

FURTHER ORDERED that pursuant to 28 U.S.C. § 1915A, this case is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.[1] This is a final appealable Order.

United States District Judge

---

[1] Plaintiff is advised that a dismissal for failure to state a claim qualifies as a strike under 28 U.S.C. § 1915(g), which limits a prisoner's ability to proceed *in forma pauperis* in federal court when certain conditions are satisfied.